**Law Offices of Donald Yannella, P.C.**
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue, Suite 100
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

MEMO ENDORSED

March 31, 2020

4/2/20

Case adj to June 2, 2020 at 2PM — time excluded through June 2, in the interest of justice.

Hon. Colleen McMahon
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

US v. Ramon Solla, 19 Cr. 740 (CM)

Dear Chief Judge McMahon:

Elizabeth Macedonio and I are for Ramon Solla. In light of the COVID-19 pandemic and its evolving impact, we respectfully request that the next status conference, currently scheduled for April 7, 2020, be adjourned for approximately 45 days.

As of March 13, 2020, attorney visitation at the MCC was suspended for thirty days to prevent or reduce the spread of COVID-19. Even before that, attorney visitation at the MCC was severely curtailed due to a lockdown and search of the facility. Consequently, Ms. Macedonio and I have been unable to complete discovery review and consultation with Mr. Solla.

We respectfully request that the time until any adjournment date be excluded for speedy trial purposes, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv). The adjournment is necessary to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial.

Assistant United States Attorneys Allison Nichols and Maurene Comey inform me that they have no objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.