UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

      v.          19-CR-740 (CM)

**ORDER**

RAMON SOLA,

    Defendants.
----------------------------------------------------------X

McMahon, C.J.:

  The Court will hold a telephone status conference in this matter on July 30, 2020, at 2:00 p.m. Defendant has asked to make a bail application during the conference and will be permitted to do so. Defense counsel should complete and return the "Defendant Appearance Waiver" form, and file the executed form on the ECF system.

  To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

July 29, 2020

*[signature]*

Colleen McMahon
Chief Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/20