Law Offices of
# Donald J. Yannella

A Professional Corporation
Email:  nynjcrimlawyer@gmail.com
Tel:  (212) 226-2883
Fax:  (646) 430-8379

70 Grand Avenue, Suite 100
River Edge, NJ  07661

233 Broadway, Suite 2370
New York, NY  10279
(Preferred mailing address)

November 17, 2020

Chief Judge Colleen McMahon
United States District Court
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/20

United States v. Ramon Solla, 19 Cr. 740 (CM)

Hon. Colleen McMahon:

Elizabeth Macedonio and I are counsel for Ramon Solla, who is scheduled to appear before Your Honor on November 18, 2020, to set a trial date. The parties respectfully request that a trial date be set during the third quarter of 2021. Because the purpose of tomorrow's conference was to set a trial date, we respectfully request that the conference be canceled.

The parties jointly request an exclusion of time under the Speedy Trial Act through a control date of July 1, 2021. The exclusion of time is in the interest of justice because it will allow the parties to continue exploring a possible disposition and allow the defense to continue preparing for trial.  In addition, the exclusion serves the interest of justice because of the health concerns raised by the ongoing pandemic, which has limited the number of trials that may safely proceed at the same time, and prevents the court from setting a date certain for the trial in this case.

Thank you for your courtesy and attention to this matter.

Sincerely,

/s/

Donald J. Yannella, Esq.

c.      Maurene Comey and Allison Nichols
        Assistant United States Attorneys

11/17/20
The Court will request a trial slot during the third quarter of 2021. The matter is Adjourned to July 1, 2021 At 2 PM.

time Excluded through July 1, 2021 in the interest of justice