

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

September 14, 2021

9/15/21

Case Adj to Nov. 18, 2021
at 11 Am, for a final pretrial conf.
The proposed schedule for in limine
motions is acceptable to the Court

**BY ECF**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ramon Solla*, 19 Cr. 740 (CM)

Dear Judge McMahon:

Time Excluded through the
trial date (Dec 7, 2021), for the
disposition
of trial dates
and in the
interest of
justice.

The parties respectfully submit this joint letter regarding the pretrial motion and conference schedule in the above-referenced case.  Trial has been scheduled to begin on December 7, 2021.  Assuming that date remains firm, the parties jointly propose that motions *in limine* be due on October 26, 2021, with opposition due November 9, 2021.  The parties likewise request a final pretrial conference for November 23, 2021, and request that the conference presently scheduled for September 21, 2021 be adjourned.

Additionally, the Government requests the exclusion of time under the Speedy Trial Act from September 21, 2021 until December 7, 2021.  The exclusion is in the interest of justice because it will allow the defense to continue preparing for trial and for filing the above-referenced motions.  Counsel Donald Yannella, Esq., and Elizabeth Macedonio, Esq., consent to the exclusion of time through the trial date.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/21

By:   /s/
      Allison Nichols, Celia Cohen & Danielle Kudla
      Assistant United States Attorneys
      Southern District of New York
      Tel: (212) 637-2366 / 2466 / 2304

Cc:   Counsel of record (by ECF)