AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

V.

RAMON SOLLA

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 19 CR 740 (CM)

The Defendant was found not guilty on all counts. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2021

_____
Signature of Judge

Colleen McMahon                U.S.D.J.
Name of Judge                  Title of Judge

12/14/2021
_____
Date